1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10                    SACRAMENTO DIVISION

11

12

| | |
|---|---|
| **NICHOLAS PHILLIPS,** | 2:24-cv-2295 DJC CSK P |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST TO OPT OUT OF POST-SCREENING ADR** |
| **v.** | |
| **OFFICER B. EASON,** | |
| Defendant. | |

19        Plaintiff Nicholas Phillips is a former state prisoner proceeding pro se in this civil rights

20   action pursuant to 42 U.S.C. § 1983.  This action proceeds against defendant Eason for deliberate

21   indifference under the Eighth Amendment as well as a motor vehicle personal injury cause of

22   action.  (See ECF Nos. 4, 17.)  Defendant filed an answer.  (ECF No. 16.)

23        On November 13, 2024, the Court identified this case as an appropriate case for the post-

24   screening ADR (Alternative Dispute Resolution) project and stayed the action to allow the parties

25   an opportunity to settle their disputes before the discovery process begins.  (ECF No. 15.)

26        On December 23, 2024, defendant filed a notice to opt out.  After reviewing defendant's

27   notice, and good cause appearing, defendant's request to opt out (ECF No. 18) is granted, and the

28   stay (ECF No. 15) is lifted.

1    If the parties wish to set a settlement conference with the Court at a later date, they should

2    so inform the Court.  However, the parties are also reminded that they are not precluded from

3    negotiating a settlement without judicial assistance.

4    Accordingly, IT IS HEREBY ORDERED that:

5    1.  The stay of this action (ECF No. 15) is lifted.

6    2.  The Clerk of the Court is directed to issue a consent/decline form to the parties.

7    3.  The Court will issue a discovery and scheduling order by separate order.

8

9    Dated:  December 26, 2024

10

CHI SOO KIM
11   UNITED STATES MAGISTRATE JUDGE

12   /1/phil2295.opt

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28