UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICHOLAS J. PHILLIPS,<br>Plaintiff,<br>v.<br>B. EASON, et al.,<br>Defendants. | No. 2:24-cv-02295-DJC-CSK P<br><br>ORDER |

On April 14, 2026, the assigned Magistrate Judge issued findings and recommendations recommending that this action be dismissed. (ECF No. 36.) Plaintiff did not file objections to those findings and recommendations. On May 15, 2026, the undersigned adopted the findings and recommendations and dismissed this action. (ECF No. 37.) Plaintiff has now filed a Motion which the court construes as a motion for relief from judgment under Federal Rule of Civil Procedure 60(b). (ECF No. 39.) However, Plaintiff has not identified a valid basis for relief under Rule 60. Plaintiff's motion states that he was faced with "many obstacles and hurtles in my filing[,]" including that he lost housing and was returned to custody. (*Id.* at 1.) But accepting this is true, this Motion, filed nearly five months after the order dismissing the action, does not adequately establish a grounds for relief.

Accordingly, Plaintiff's Motion for Relief from Judgement (ECF No. 39) is DENIED.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE